UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-35600 |
|---|---|
| WILLIAM L. KINDERMAN | (Chapter 13) |
| JANICE I. KINDERMAN | |
| Debtors | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4088414**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 14/ 28 | VERIZON NORTH INC<br>AFNI VERIZON<br>404 BROCK DRIVE<br>BLOOMINGTON, IL  61701 | 33.72 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 7/6/2011

Certificate of Service    07-35600

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| WILLIAM L. KINDERMAN<br>JANICE I. KINDERMAN<br>1368 WESTMOOR<br>WILMINGTON, OH  45177 | HAROLD JARNICKI<br>576 MOUND CT<br>SUITE B<br>LEBANON, OH  45036 | (40.1n)<br>CITIMORTGAGE<br>BOX 829009<br>DALLAS, TX  75382 |
| (1038.1n)<br>DAVID H YUNGHANS<br>525 VINE STREET<br>SUITE 800<br>CINCINNATI, OH  45202 | (39.1n)<br>EMERSON KECK<br>318 W FOURTH<br>DAYTON, OH  45402 | (35.1n)<br>GREGORY A STOUT<br>MAPOTHER & MAPOTHER PSC<br>801 WEST JEFFERSON STREET<br>LOUISVILLE, KY  40202 |
| (41.1n)<br>HARLEY DAVIDSON CREDIT<br>BOX 21850<br>CARSON CITY, NV  89721 | (1037.1n)<br>HARLEY DAVIDSON CREDIT CORP<br>BOX 829009<br>DALLAS, TX  75382 | (32.1n)<br>JOE M LOZANO JR<br>9441 LBJ FREEWAY<br>SUITE 350<br>DALLAS, TX  75243 |
| (31.1n)<br>JOEL K JENSEN<br>LERNER SAMPSON & ROTHFUSS<br>BOX 5480<br>CINCINNATI, OH  45201 | (28.1)<br>VERIZON NORTH INC<br>AFNI VERIZON<br>404 BROCK DRIVE<br>BLOOMINGTON, IL  61701 | |

Jeffrey M. Kellner BY    ___/s/ Jeffrey M. Kellner_____    sv